**PAUL FURRH, JR.**
Attorney at Law
Chief Executive Officer

**RICHARD TOMLINSON**
Director of Litigation

**ROSLYN O. JACKSON**
Directing Attorney

**HELEN MALVEAUX**
Housing Managing Attorney

**SAPNA AIYER**
Consumer Managing Attorney



**Lone Star Legal Aid**
**HOUSING & CONSUMER UNITS**
**1415 Fannin Street**
**Houston, TX 77002**

YVONNE ALVAREZ
REGGIE FOX
TARIQ GLADNEY
ELIZABETH LOCKETT
RYAN MARQUEZ
THAI-ANH NGUYEN
PATRICIA TSAI
Staff Attorneys

Mailing Address:
1415 Fannin Street
Houston, Texas 77002

713-652-0077 Telephone
713-652-0044 Fax
800-733-8394 Toll-free

ACCEPTED
14-15-00144-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 3:48:12 PM
CHRISTOPHER PRINE
CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 3:48:12 PM
CHRISTOPHER A. PRINE
Clerk

June 10, 2015

Christopher A. Prine, Clerk
14th District Court of Appeals
301 Fannin Street, Suite 245
Houston, Texas 77002

> Re:   *Rhonda Patrice Goodman-Delaney v. Marilynn Grantham*;
> Appeal Case No. 14-15-00144-CV

Dear Mr. Prine:

Pursuant to T.R.A.P. 38.7, Appellant seeks to supplement her brief to add the following content.    In handling a separate appeal recently decided by this Court, the opposing party cited to *Brown v. Johnson*, 12 S.W.2d 543 (Tex. 1929).    This case has significance in this case, because it specifically finds that "[t]o sustain an action for rent, the relation of landlord and tenant must exist."   *Id*. at 545.   This confirms the argument made by Appellant in her brief, and more importantly it provides binding precedent on the issue of rent.   In short, *Brown* conclusively establishes that evidence of a landlord-tenant relationship must be offered at the trial of a forcible detainer action to support an award of rent.   Given the absence of any evidence of a landlord-tenant relationship in the proceedings below in this case, see pages 10-11 of Appellant's Brief, there is consequently no evidence supporting the award of $7,700 in "back rent" in the judgment rendered in the instant case.

Thank you for your consideration.   This letter brief is being served on Appellee.

Very truly yours,

*/s/ Richard Tomlinson*
Richard Tomlinson
Attorney for Appellant


cc:   Marilynn Grantham

**CERTIFICATE OF SERVICE**

Pursuant to T.R.A.P. 9.5, I hereby certify that I served a copy of the foregoing letter brief electronically, fax or by certified mail, receipt requested, on this the 10th day of June, 2015, as follows:

Marilyn Grantham
5114 Tavenor Lane
Houston, Texas 77048
Fax: 713-731-7506
E-mail: Marilyn.Grantham@hoxieis.com
APPELLEE (appearing *pro se*)

/s/ Richard Tomlinson
Richard Tomlinson